UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WALTER P. VARGO, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**D&M TOURS, INC. et al.,**<br><br>Defendants. | Civ. No. 2:21-cv-20030 (WJM)<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.**

 **THIS MATTER** comes before the Court on Defendants' motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds this action is barred by the applicable statute of limitations.  ECF Nos. 8, 10.  For the reasons set forth in the accompanying Opinion, and for good cause appearing;

 **IT IS** on this 23rd day of February 2022,

 **ORDERED** that Defendants' motion is **GRANTED** and the Complaint is **DISMISSED with prejudice**.

              /s/ William J. Martini
              **WILLIAM J. MARTINI, U.S.D.J.**